NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.                                                                Criminal Number  1:24-cr-00084-TNM

CHRISTOPHER RICHARDSON
            (Defendant)


TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA            ☒ RETAINED            ☐ FEDERAL PUBLIC DEFENDER

*Jarrett L. Colby*
(Signature)


PLEASE PRINT THE FOLLOWING INFORMATION:

Jarrett L. Colby, #1046569
*(Attorney & Bar ID Number)*

The Law Office of Jarrett L. Colby
*(Firm Name)*

3020 McKinley St. NW
*(Street Address)*

Washington, DC 20015
*(City)        (State)        (Zip)*

202-599-8207
*(Telephone Number)*